UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ENRIQUE CADIZ RODRIGUEZ,

      Plaintiff,

v.

WARDEN, SOUTH FLORIDA
DETENTION FACILITY,  US
ATTORNEY GENERAL,

      Defendants,

Case No. 2:26-cv-1988-KCD-KRH

_____/

## ORDER

Petitioner Enrique Cadiz Rodriguez has filed a habeas corpus petition challenging his immigration detention. (Doc. 1.) Prior to bringing this case, however, he sought habeas relief in the Southern District of Florida. *See Cadiz v. Florida Soft Side South*, 1:26-cv-21398-KMW, Doc. 1 (S.D. Fla.). The claims between the cases overlap, and he seeks the same relief. Petitioner fails to explain why he has multiple petitions outstanding. To conserve judicial resources, and to avoid forum shopping, the habeas petition here is **DISMISSED WITHOUT PREJUDICE** as duplicative. Petitioner can refile his petition, if necessary, after the Southern District addresses his first filed petition. The Clerk is directed to close this case.

**ORDERED** in Fort Myers, Florida on July 7, 2026.

Kyle C. Dudek
United States District Judge